**FILED**
10/20/2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# COMPLAINT FORM

(for filers who are prisoners without lawyers)

(revised 4/19/2022)

### IN THE UNITED STATES DISTRICT COURT
FOR THE __SOUTHERN__ DISTRICT OF __INDIANA__

(Full name of plaintiff(s))

__HANEEF SHAKEEL JACKSONBEY__

v.

(Full name of defendant(s))

__THREE UNKNOWN NAMED FEDERAL__
__AGENTS OF THE DOJ, FBI AND USMS;__
__IN THEIR INDIVIDUAL CAPACITIES__

Case Number:

__2:22-cv-00469-JPH-MG__
(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of __FLORIDA__, and is located at
   (State)

   __UNITED STATES PENITENTIARY - TERRE HAUTE__
   (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant __THREE UNKNOWN NAMED FEDERAL AGENTS__
   (Name)

is (if a person or private corporation) a citizen of _____
                                                                      (State, if known)
and (if a person) resides at _____
                                                                      (Address, if known)
and (if the defendant harmed you while doing the defendant's job)

worked for THE DEPARTMENT OF JUSTICE, THE FEDERAL BUREAU OF INVESTIGATION U.S. MARSHAL SERVICES
                                       (Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.   Who violated your rights;
2.   What each defendant did;
3.   When they did it;
4.   Where it happened; and
5.   Why they did it, if you know.

— SEE ATTACHED "MEMORANDUM BRIEF IN SUPPORT OF 'BIVENS'

CIVIL RIGHTS COMPLAINT"

PAGES 1-7

Filed By PRO-SE PLAINTIFF JACKSON BEY

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

C. JURISDICTION

[✓] *BIVENS v. SIX UNKNOWN NAMED FEDERAL AGENTS*
I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

INJUNCTIVE RELIEF (SEE SEC. D, PG 7 OF ATTACHED BRIEF)

FINANCIAL COMPENSATION (SEE SEC. C, PG 8 OF ATTACHED BRIEF)

E.   JURY DEMAND

☐  Jury Demand - I want a jury to hear my case

OR

☑  Court Trial – I want a judge to hear my case UNDER BIVENS VS. SIX UNKNOWN FED. AGENTS

Dated this __17TH__ day of __OCTOBER__ 20 __22__.

Respectfully Submitted,

__Hanuel S. El J. Bey__
Signature of Plaintiff

__(10320-027)__
Plaintiff's Prisoner ID Number

__PO BOX 33 -- US PENITENTIARY TERRE HAUTE, IN. 47808__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F.   OPTIONAL CERTIFICATION

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

__H S El J Bey__
Signature of Plaintiff

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE**

Complaint - 5